**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BAYRON ADONAY GARCIA HERNANDEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-318-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**SHOW CAUSE ORDER**

On this day, the Court considered the case. On February 13, 2026, the Court granted in part Bayron Adonay Garcia Hernandez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by February 20. Feb. 13, 2026, Order 6, ECF No. 5. By the same date, Respondents were to file a notice informing the Court of their compliance. *Id.* This deadline has now passed, and Respondents have not filed any notice.

Accordingly, the Court **ORDERS** that Respondents must **SHOW CAUSE** for their failure to comply with the Court's February 13 Order, **by no later than February 24, 2026**.

**SO ORDERED**.

SIGNED this 23rd day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE